# ASK LLP
## ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| | |
|---|---|
| Defendant: | **ABC Works, LLC** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112716 | $15,925.00 | 2/24/2023 | 71822 | 7/24/2022 | $2,800.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112716 | $15,925.00 | 2/24/2023 | 62722 | 7/1/2022 | $2,800.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112716 | $15,925.00 | 2/24/2023 | 122322 | 12/23/2022 | $2,275.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112716 | $15,925.00 | 2/24/2023 | 121622 | 12/18/2022 | $2,345.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112716 | $15,925.00 | 2/24/2023 | 120222 | 12/4/2022 | $1,575.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112716 | $15,925.00 | 2/24/2023 | 10523 | 1/8/2023 | $1,330.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112716 | $15,925.00 | 2/24/2023 | 10322 | 10/10/2022 | $2,800.00 |

**Totals:**    **1 transfer(s),    $15,925.00**